UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                            :
HILDA ORTEGA,                               :
                                            :  CASE NO. 1:13-CV-02080
            Plaintiff,                      :
                                            :
v.                                          :  OPINION & ORDER
                                            :  [Resolving Docs. 1 & 17]
COMMISSIONER OF SOCIAL                      :
SECURITY ADMINISTRATION,                    :
                                            :
            Defendant.                      :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 11, 2014, Magistrate Judge Vernelis K. Armstrong recommended that the Court affirm the Commissioner of Social Security's denial of supplemental security income[1] to Plaintiff Hilda Ortega.[2] Plaintiff Ortega has not filed an objection to the Report and Recommendation. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's decision.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[3] Parties must file any objections to a Report and Recommendation within fourteen days of service.[4] Failure to object within that time waives a party's right to appeal the Magistrate Judge's

---

[1] Plaintiff Ortega originally sought disability insurance benefits as well, but she withdrew that request before the administrative law judge. *See* Doc. 15 at 1-2.

[2] Doc. 17.

[3] 28 U.S.C. § 636(b)(1).

[4] N.D. Ohio L.R. 72.3(b).

Case No. 1:13-CV-02080
Gwin, J.

recommendation.[5/] Absent objection, a district court may adopt the Magistrate Judge's report without review.[6/] Moreover, having conducted its own review of the complaint[7/] and briefing,[8/] this Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Armstrong's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **AFFIRMS** the Commissioner's denial of supplemental security income.

IT IS SO ORDERED.


Dated: July 3, 2014                                   s/        *James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE

---

[5/]*Id.*; see *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

[6/]*Thomas*, 474 U.S. at 149.

[7/]Doc. 1.

[8/]Doc. 15 (Plaintiff's brief); Doc. 16 (Commissioner's brief).